IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RONDA L.,

        Plaintiff,

v.                                                                    CIVIL ACTION NO.   3:22-0457

MARTIN J. O'MALLEY,
Commissioner of the Social Security Administration,[1]

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **GRANTS** Claimant's request to reverse the Commissioner's decision (ECF No. 11); **DENIES** the Commissioner's request to affirm his decision (ECF No. 12); **REVERSES** the final decision of the Commissioner, and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:           March 14, 2024

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE

---

[1] Commissioner O'Malley was sworn in on December 20, 2023, replacing Acting Commissioner Kilolo Kijakazi. Per Fed. R. Civ. P. 25(d), O'Malley was automatically substituted as Defendant in this action..